**Larry J. HUNTER, Plaintiff–Appellant,**

v.

**Jim LEE, Defendant–Appellee.**

No. 03–1929.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 30, 2003.

Decided Oct. 7, 2003.

Larry J. Hunter, Appellant Pro Se. Patricia Lee Holland, Norwood Pitt Blanchard, III, Cranfill, Sumner & Hartzog, L.L.P., Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Larry J. Hunter appeals the district court's order dismissing for lack of subject matter jurisdiction his complaint in which he alleged employment discrimination under Title VII of the Civil Rights Act of 1964. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hunter v. Lee*, No. CA–03–282–H–3 (E.D.N.C. July 16, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*